UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No. 96-CR-68-M

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TERRY LYNN NICHOLS,

       Defendant.

_____

ORDER TO RESPOND
_____

On July 23, 2010, the defendant Terry Lynn Nichols filed a motion to modify the restitution order in his sentence and he filed a supplemental motion and memorandum of facts on August 5, 2010. It is now

ORDERED that the government shall respond to this motion, as supplemented, on or before September 7, 2010.

Dated: August 16th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge

CERTIFICATE OF MAILING

       A copy of the foregoing order was mailed via U.S. Mail on August 16, 2010, to the following:

Terry L. Nichols
Reg. No. 08157-031
U.S. Penitentiary-ADX
P.O. Box 8500
Florence, CO 81226

       DATED: August 16, 2010

                                      GREGORY C. LANGHAM, Clerk

                                        S/M. V. Wentz

                                By_____
                                          Deputy