UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No.   96-cr-00068-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TERRY LYNN NICHOLS,

       Defendant.
_____

ORDER DIRECTING INQUIRY BY UNITED STATES ATTORNEY
_____

On July 18, 2015, Terry L. Nichols filed a pleading designated "Motion to Compel FBI" in which he asks for an order from this court to direct the FBI to transfer firearms seized from his residence to his former wife for the support of his children.  This motion was made pursuant to the recent Supreme Court case of *Henderson v. U.S.,* No. 13-1487, May 18, 2015, authorizing such an order from the court in which the criminal proceedings were held.  Mr. Nichols in his declaration attached to the motion alleges that the FBI office in Oklahoma City, Oklahoma, contacted him in 2013 requesting release of his interest in firearms to enable their destruction.  Mr. Nichols says that he declined the request and unsuccessfully requested transfer of them.

Before considering the motion of Mr. Nichols, it is necessary for this court to know whether the firearms are still in the possession of the FBI and if not what disposition was made of them.  To enable this court to make that determination, it is

ORDERED that the united States Attorney for the District of Colorado shall make inquiry of the Federal Bureau of Investigation office in Oklahoma City, Oklahoma, or any

other appropriate office of the Bureau to determine these facts and report to this court with a copy to Mr. Nichols of the result of that inquiry.

SO ORDERED.

Dated: July 31st, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

CERTIFICATE OF MAILING

I certify that a copy of the foregoing Order Directing Inquiry by United States Attorney entered by Senior Judge Richard P. Matsch on July 31, 2015, was mailed via United States Mail on July 31 2015, to the following:

Terry Lynn Nichols
#08157-031
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

     DATED: July 31, 2015

                                JEFFREY P. COLWELL, Clerk

                                   s/M. V. Wentz

                           By_____
                                Deputy