UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No.   96-cr-00068-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TERRY LYNN NICHOLS,

        Defendant.
_____

ORDER FOR STATUS REPORT
_____

On September 1, 2015, the United States Attorney filed a report in response to this Court's order of July 31, 2015, advising that the FBI has possession of firearms taken from Terry Lynn Nichols and indicating that two guns have been released to a third party. The report indicates that government counsel plans to have a discussion with Mr. Nichols to attempt to arrive at a satisfactory resolution of the request he made to transfer firearms. It is now

ORDERED, that on or before October 15, 2015, government counsel will file a status report advising whether the request has been considered and if no agreement is reached, indicating the questions that must be resolved by this Court.

Dated:   September 25th, 2015

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge

CERTIFICATE OF MAILING

I certify that a copy of the foregoing Order for Status Report entered by Senior Judge Richard P. Matsch on September 25, 2015, was mailed via United States Mail on September 25, 2015, to the following:

Terry Lynn Nichols
#08157-031
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

DATED: September 25, 2015

JEFFREY P. COLWELL, Clerk

s/M. V. Wentz

By_____
    Deputy