UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No.   96-cr-00068-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TERRY LYNN NICHOLS,

        Defendant.

_____

## ORDER ON STATUS REPORT
_____

Pursuant to the Status Report filed October 15, 2015 [Doc. 7011], it is

ORDERED, that on or before October 30, 2015, government counsel will file a status report advising whether the parties have resolved the issues and it is

FURTHER ORDERED that if the matters are not resolved, the Government will file a response to the defendant's motion no later than November 16, 2015.

Dated:   October 16th, 2015

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge

CERTIFICATE OF MAILING

I certify that a copy of the foregoing Order on Status Report entered by Senior Judge Richard P. Matsch on October 16, 2015, was mailed via United States Mail on October 16, 2015, to the following:

Terry Lynn Nichols
#08157-031
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

DATED: October 16, 2015

JEFFREY P. COLWELL, Clerk

s/M. V. Wentz

By_____
        Deputy